UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Thomas L. Crowe**  CHAPTER 7
CASE NO.: 10-47489-wsd

      Debtor(s).
_____/

# APPEARANCE, REQUEST FOR NOTICES AND TO BE ADDED TO MATRIX

TO:    CLERK OF THE COURT
          BANKRUPTCY TRUSTEE
          ATTORNEY FOR DEBTOR

Please enter my appearance in the above captioned bankruptcy for Creditor, Rivers Edge Community Credit Union.

I request that I receive all notices and papers required by law to be served upon creditors and/or interested parties and that the following name and address be added to the matrix:

Law Offices of Miller & Miller, P.C.
6803 Roosevelt Avenue
Allen Park, Michigan 48101-2530

Respectfully submitted,
Law Offices of MILLER & MILLER, P.C.

By: /s/ *Gordon A. Miller*
GORDON A. MILLER (P60944)
Attorney for Creditor
6803 Roosevelt Avenue
Allen Park, Michigan 48101
(313) 386-1400
gordon@miller-law.net

Dated: March 16, 2010.